UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------x
AFFILIATED MANAGERS GROUP, INC.,

                Petitioner,

v.                                                                    C.A. No. 05 10641 MLW

FRANK M. NATALE,

                Respondent.

------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT OF PETITIONER AFFILIATED MANAGERS GROUP, INC.

Petitioner, Affiliated Managers Group, Inc. ("AMG"), is a corporation organized under the laws of the State of Delaware. No publicly held company owns more than 10% of AMG's stock.

                Respectfully submitted,

                AFFILIATED MANAGERS GROUP, INC.,

                /s/ Joan Ackerstein
                Joan Ackerstein BBO #348220
                Samia M. Kirmani BBO# 634699
                JACKSON LEWIS LLP
                75 Park Plaza
                Boston, Massachusetts 02116
                (617) 367-0025; FAX: (617) 367-2155

Dated: _____

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on this 1st day of April 2005, to counsel of record:

**By Hand Delivery to:**

M. Carolina Avellaneda, Esq.
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110

**By Facsimile and Federal Express Priority Overnight Mail to:**

Stephen G. Yusem, Esquire
Thomas D. Rees, Esquire
High, Swartz, Roberts & Seidel LLP
40 East Airy Street
Norristown, PA 19404

_____
Jackson Lewis, LLP