UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFFILIATED MANAGERS GROUP, INC. : | CASE NO. 05 CV 10641 (MLW) |
| Petitioner, : | |
| v. : | |
| FRANK M. NATALE : | |
| Respondent. : | April 8, 2005 |

**PETITIONER'S MOTION FOR ADMISSION PRO HAC VICE**

Affiliated Managers Group, Inc. ("AMG"), by its attorneys, Jackson Lewis, LLP, respectfully moves the Court to allow A. Robert Fischer of the Stamford, Connecticut office of the law firm of Jackson Lewis LLP to appear as counsel on its behalf in the above-captioned action against defendant Frank M. Natale ("Respondent"). In support of its Motion, Petitioner submits the Certification of A. Robert Fischer and states as follows:

1.  Mr. Fischer is a partner in the law firm of Jackson Lewis LLP. Jackson Lewis is the national employment law counsel for Petitioner and Mr. Fischer is lead counsel for Petitioner in a related action involving the above-named parties pending at the American Arbitration Association in Boston, Massachusetts, Case No 11 166 00141 05 and has been actively involved in advising Petitioner regarding an action pending in the Court of Common Pleas, Montgomery County, Pennsylvania, Case No. 05-07579.

Mr. Fischer is admitted to practice law in Connecticut and New York. Mr. Fischer is also a member of the State Bar of Texas, although his membership is currently in inactive status. He is also admitted to practice in the District Court of Connecticut, and the Southern, Western, and Eastern Districts of New York. Finally, Mr. Fischer is also admitted to practice

before the United States Courts of Appeal for the Second, Third and Fifth Circuits. Mr. Fischer is a member in good standing of the bar of every court, and of every jurisdiction where he has been admitted to practice.

2. Mr. Fischer is not, and has never been, the subject of any disciplinary action by the bar or court of any jurisdiction. Mr. Fischer has never been denied admission to any state or federal court.

3. Mr. Fischer has reviewed and is familiar with the Federal Rules of Civil Procedure and Evidence and the Local Rules of the United States District Court for the District of Massachusetts, and agrees at all times to abide by and comply with the same so long as he represents Petitioner in this proceeding and has not withdrawn as counsel.

4. This Motion is supported by the Certification of A. Robert Fischer, attached hereto as Exhibit "A."

5. Joan Ackerstein (BBO #348220) and Samia M. Kirmani (BBO # 634699), also of the law firm of Jackson Lewis LLP, will serve as local counsel for Petitioner in this proceeding.

WHEREFORE, for the reasons set forth herein, Petitioner respectfully requests the Court to enter an Order permitting A. Robert Fischer to appear as its counsel on their behalf in this matter.

Respectfully submitted,

PETITIONER,
AFFILIATED MANAGERS GROUP, INC.

By: /s/ JOAN ACKERSTEIN

Joan Ackerstein BBO# 348220
Samia M. Kirmani BBO# 634699
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
Tel. (617) 367-0025
Fax (617) 367-2155
Email: ackersteinj@jacksonlewis.com
Email: kirmanis@jacksonlewis.com
ITS ATTORNEYS

PETITIONER,
AFFILIATED MANAGERS GROUP, INC.

By: /s/ A. ROBERT FISCHER

A. Robert Fischer
*Motion For Pro Hac Admission Pending*
JACKSON LEWIS LLP
177 Broad Street, 8th Floor
Stamford, CT 06904-0251
Tel. (203) 961-0404
Fax (203) 324-4704
Email: fischera@jacksonlewis.com
ITS ATTORNEYS

## CERTIFICATION OF RESIDENT ATTORNEY

This is to certify that I find A. Robert Fischer to be a reputable attorney and recommend that Mr. Fischer be granted permission to participate in this proceeding as lead counsel for Petitioner before this Court.

/s/ JOAN ACKERSTEIN

_____
Joan Ackerstein BBO# 348220

## CERTIFICATE OF CONFERENCE

     On April 8, 2005, I conferred with Carolina Avellaneda, counsel for Respondent, in good faith in an attempt to resolve or narrow the issues, but the parties were unable to do so at that time.

/s/ SAMIA M. KIRMANI

_____
SAMIA M. KIRMANI (BBO #634699)

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of April 2005, a true and complete copy of the above document was served via confirmed facsimile and U.S. Mail upon counsel for the Respondent:

      M. Carolina Avellaneda, Esq.
      Gadsby Hannah, LLP
      225 Franklin Street
      Boston, MA 02110

                              /s/ Samia M. Kirmani

                              Samia M. Kirmani

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFFILIATED MANAGERS GROUP, INC. : | CASE NO. 05 CV 10641(MLW) |
| Petitioner, : | |
| v. : | |
| FRANK M. NATALE : | |
| Respondent. : | April 8, 2005 |

**CERTIFICATION OF A. ROBERT FISCHER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, A. Robert Fischer, am a partner in the law firm of Jackson Lewis LLP. Jackson Lewis is the national employment law counsel for Petitioner Affiliated Managers Group, Inc. ("AMG") in the above-captioned action and I am lead counsel for Petitioner in a related action involving the above-named parties pending at the American Arbitration Association in Boston, Massachusetts, Case No 11 166 00141 05 and been actively involved in advising Petitioner regarding an action pending in the Court of Common Pleas, Montgomery County, Pennsylvania, Case No. 05-07579.

I am admitted to the practice of law in Connecticut and New York. I am also a member of the State Bar of Texas, although my membership is currently in inactive status. I also am admitted to practice in the District Court of Connecticut, and the Southern, Western, and Eastern Districts of New York. I am also admitted to practice before the United States Courts of Appeal for the Second, Third and Fifth Circuits. I am a member in good standing, of the bar of every court, and of every jurisdiction where I have been admitted to practice.

I am not, and have never been, the subject of any disciplinary action by the bar or court of any jurisdiction. I have never been denied admission to any state or federal court.

I have reviewed and am familiar with the Federal Rules of Civil Procedure and Evidence and the Local Rules of the United States District Court for the District of Massachusetts, and agree at all times to abide by and comply with the same so long as I represent Petitioner in this proceeding and have not withdrawn as counsel.

I hereby certify under the pains and penalties of perjury that the foregoing statements are true and correct.

Date: 4/8/05

_____
A. Robert Fischer