UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFFILIATED MANAGERS GROUP, INC. | CASE NO. 05 CV 10641(MLW) |
| Petitioner, | |
| v. | |
| FRANK M. NATALE | |
| Respondent. | April 8, 2005 |

**PETITIONER'S MOTION FOR EXPEDITED HEARING**

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 4 ("FAA"), Petitioner, Affiliated Managers Group, Inc. ("AMG"), by its attorneys, Jackson Lewis, LLP, respectfully moves for an expedited hearing on its Complaint and Petition to Compel Arbitration and supporting memorandum of law dated April 1, 2005 (the "Petition"). Service of this motion following the service of the Complaint and Petition complies with the five-day notice requirement of 9 U.S.C. § 4. In support of this motion, AMG submits the attached memorandum of law.

WHEREFORE, pursuant to the Federal Arbitration Act, 9 U.S.C. § 4, the Petitioner, AMG, respectfully requests this Court to enter an order scheduling an expedited hearing on the Complaint and Petition to Compel Arbitration dated April 1, 2005.

Respectfully submitted,

PETITIONER,
AFFILIATED MANAGERS GROUP, INC.

By: /s/ JOAN ACKERSTEIN
_____

Joan Ackerstein BBO# 348220
Samia M. Kirmani BBO# 634699
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
Tel. (617) 367-0025
Fax (617) 367-2155
Email: ackersteinj@jacksonlewis.com
Email: kirmanis@jacksonlewis.com
ITS ATTORNEYS

PETITIONER,
AFFILIATED MANAGERS GROUP, INC.

By: /s/ A. ROBERT FISCHER
_____

A. Robert Fischer
*Motion For Pro Hac Admission Pending*
JACKSON LEWIS LLP
177 Broad Street, 8th Floor
Stamford, CT 06904-0251
Tel. (203) 961-0404
Fax (203) 324-4704
Email: fischera@jacksonlewis.com
ITS ATTORNEYS

**CERTIFICATE OF CONFERENCE**

On April 8, 2005, pursuant to Local Rule 7.1, I conferred with Carolina Avellaneda, counsel for Respondent, in good faith in an attempt to resolve or narrow the issues raised in the above motion, but the parties were unable to do so at that time.

/s/ SAMIA M. KIRMANI

SAMIA M. KIRMANI (BBO #634699)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of April 2005, a true and complete copy of the above document was served via confirmed facsimile and U.S. Mail upon counsel for the Respondent:

      M. Carolina Avellaneda, Esq.
      Gadsby Hannah, LLP
      225 Franklin Street
      Boston, MA 02110

/s/ Samia M. Kirmani

Samia M. Kirmani