UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFFILIATED MANAGERS GROUP, INC., ) ) ) | |
| PLAINTIFF, ) ) | |
| V. ) ) | CIVIL ACTION NO. 05-CV-10641 (MLW) |
| FRANK M. NATALE ) ) | |
| DEFENDANT. ) ) | |

### NOTICE OF APPEARANCE

Pursuant to United States District Court Local Rule 83.5.2, please enter the appearance of J. Owen Todd of Todd & Weld, LLP, 28 State Street, 31st Floor, Boston, Massachusetts 02109, on behalf of the defendant, Frank M. Natale, in the above-captioned action.

Respectfully submitted,

FRANK M. NATALE

By his attorney,

*/s/ J. Owen Todd*
J. Owen Todd (BBO#499480)
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: April 8, 2005