UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFFILIATED MANAGERS GROUP, INC., <br><br> PLAINTIFF, <br><br> V. <br><br> FRANK M. NATALE <br><br> DEFENDANT. | ) ) ) ) ) ) ) CIVIL ACTION NO. 05-CV-10641 (MLW) ) ) ) ) ) ) |

## JURY DEMAND

Pursuant to 9 U.S.C. § 4 (the Federal Arbitration Act), Frank M. Natale hereby demands a jury on all claims so triable.

Respectfully submitted,

FRANK M. NATALE.

By his attorney,

_____
J. Owen Todd (BBO#499480)
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: April 8, 2005