UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AFFILIATED MANAGERS GROUP, INC., | ) ) ) ) | |
| PLAINTIFF, | ) ) | |
| V. | ) ) | CIVIL ACTION NO. 05-CV-10641 (MLW) |
| FRANK M. NATALE | ) ) | |
| DEFENDANT. | ) ) ) | |

### OPPOSITION TO PETITIONER'S MOTION FOR EXPEDITED HEARING

Defendant Frank M. Natale hereby opposes the petitioner's Motion for Expedited Hearing for the reasons set forth below:

1. The Petitioner has failed to join and serve indispensable and necessary parties Rorer Asset Management, LLC and Edward C. Rorer Company, Inc., signatories to the employment contract with respect to which the Petitioner seeks arbitration.

2. If Edward C. Rorer Company, Inc., a Pennsylvania corporation, had been joined as a party, as it must be, diversity with defendant, Frank M. Natale would be destroyed.

3. An action is pending between the identical parties regarding the identical issue set out in the present case in the Court of Common Pleas in and for the County of Montgomery, Pennsylvania before Judge Thomas M. Del Ricci. The Pennsylvania action was filed on March 7, 2005 and Judge Del

Ricci has issued orders in that case, and an evidentiary hearing is scheduled to take place next Monday, April 11, 2005 at 9:30 a.m. Therefore, this Court should abstain from exercising jurisdiction in favor of the State court of Pennsylvania before whom the same matter is presently pending.

4. Pursuant to 9 U.S.C. § 4 (The Federal Arbitration Act), the Respondent, Frank M. Natale, has claimed a jury trial on the issue of whether there is an agreement to arbitrate with the Petitioner in writing.

5. The Respondent left the employ of Rorer Asset Management, LLC and Edward C. Rorer Company, Inc. on November 30, 2004 and began his employment with Brandywine Asset Management, Inc. on January 3, 2005. The alleged solicitation of clients and competitive employment has been occurring for at least four months prior to the initiation of the action in this Court believing the need for an expedited hearing.

6. J. Owen Todd was engaged to be counsel for the Respondent today. Mr. Todd is leaving on a long planned vacation with his wife and two grandchildren to Florida beginning Sunday, April 10, 2005 and returning on April 28, 2005.

For the foregoing reasons, Respondent Natale respectfully requests that the Petitioner's request for an expedited hearing be denied and that a jury trial be scheduled in due course.

Respectfully submitted,

FRANK M. NATALE

By his attorney,

/s/ J. Owen Todd
J. Owen Todd (BBO#499480)
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: April 8, 2005