UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFFILIATED MANAGERS GROUP, INC., <br><br> PLAINTIFF, <br><br> V. <br><br> FRANK M. NATALE <br><br> DEFENDANT. | CIVIL ACTION NO. 05-CV-10641 (MLW) |

### NOTICE OF APPEARANCE

Pursuant to United States District Court Local Rule 83.5.2, please enter the appearance of David H. Rich of Todd & Weld, LLP, 28 State Street, 31st Floor, Boston, Massachusetts 02109, on behalf of the defendant, Frank M. Natale, in the above-captioned action.

          Respectfully submitted,

          FRANK M. NATALE.

          By his attorney,

          /s/ David H. Rich
          David H. Rich (BBO #634275)
          Todd & Weld, LLP
          28 State Street, 31st Floor
          Boston, MA  02109
          (617) 720-2626

Dated: April 20, 2005