IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFFILIATED MANAGERS GROUP, INC. : <br><br> Petitioner, : <br><br> v. : <br><br> FRANK M. NATALE : <br><br> Respondent. : | CIVIL ACTION NO. 05 CV 10641MLW |

## RESPONDENT'S MOTION FOR LEAVE TO FILE SUR REPLY BRIEF IN OPPOSITION TO MOTION FOR EXPEDITED HEARING

Respondent Frank M. Natale ("Natale") respectfully seeks leave to respond to two statements contained within Affiliated Managers Group, Inc.'s ("AMG") reply brief.

1.  First, AMG represent in their papers that Edward C. Rorer & Co., Inc. is not a Pennsylvania corporation. According to the Commonwealth of Pennsylvania, Department of State, Corporations Bureau, AMG's representation is in error. Edward C. Rorer & Co., Inc. is in fact a valid and existing Pennsylvania corporation. See Affidavit of Johanna M. Yemm, submitted to the as Exhibit A to Respondent's Memorandum in Support of Respondent's Motion to Dismiss; see also Certificate of Good Standing from Commonwealth of Pennsylvania Department of State attached as Exhibit B to Respondent's Memorandum in Support of Respondent's Motion to Dismiss.

2.  Second, AMG repeatedly represents throughout its reply brief that Natale has misrepresented facts. The exact opposite is true. In fact, at least according the Pennsylvania state court judge hearing this identical matter, AMG's "whole pleading is, is an attempt to

mischaracterize this Court's actions." The Pennsylvania state court judge found AMG's pleadings filed in this case to contain "omissions," "mischaracterizations" and "outright inaccuracies." See Exhibit A to Sur Reply Brief (Transcript from a hearing held on April 11, 2005 in the matter of Natale v. AMG, Rorer Asset Management, LLC and Edward C. Rorer & Co., Inc., in the Court of Common Pleas in and for the County of Montgomery, Pennsylvania.)

WHEREFORE, Natale respectfully requests leave to file the attached sur reply brief.

Respectfully submitted,

FRANK M. NATALE.

By his attorney,

/s/ J. Owen Todd
J. Owen Todd (BBO#499480)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: April 20, 2005

### RULE 7.1 CERTIFICATE OF CONFERENCE OF COUNSEL

Pursuant to United States District Court Local Rule 7.1, I hereby certify that I attempted to confer with Counsel for Petitioner regarding Respondent's Motion for Leave To File Sur Reply on April 20, 2005. Counsel did not return my calls. Additionally, I note that Respondent's counsel previously sought opposing counsel's agreement regarding the filing of a sur reply brief in connection with Petitioner's request to file a reply brief. Petitioner's counsel refused.

Signed under the penalties of perjury on this 20th day of April, 2005.

__/s/ David H. Rich__
David H. Rich, BBO #634275

2