UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFFILIATED MANAGERS GROUP, INC.,<br><br>      PLAINTIFF,<br><br>V.<br><br>FRANK M. NATALE<br><br>      DEFENDANT. | CIVIL ACTION NO. 05-CV-10641 (MLW) |

## DEFENDANT FRANK M. NATALE'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 12(B)(7)

Pursuant to Federal Rule Civil Procedure 12(b)(7), the Defendant Frank M. Natale ("Mr. Natale") seeks dismissal of this action for failure to name indispensable parties. The plaintiff has brought this action seeking to enforce an arbitration provision contained in a "Non-Solicitation and Non-Disclosure Agreement" (the "Agreement"), incidental to employment. On the face of the Agreement, in addition to Mr. Natale, the parties to the Agreement are Rorer Asset Management, LLC ("RAM"), Mr. Natale's employer, and Edward C. Rorer & Company, Inc. ("Rorer"). However, neither of these parties is a plaintiff in this action seeking to compel arbitration. Incredibly, an alleged third party beneficiary of the Agreement, Affiliated Managers Group, Inc. ("AMG") has brought this action without including the actual parties to the Agreement. Clearly, Rorer has been omitted because its inclusion would destroy diversity jurisdiction as both Rorer and Mr. Natale are citizens of Pennsylvania.

WHEREFORE, Frank M. Natale respectfully requests that this Court grant his

Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(7).

Respectfully submitted,

FRANK M. NATALE.

By his attorney,


/s/ J. Owen Todd
J. Owen Todd (BBO#499480)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA  02109
(617) 720-2626


Dated: April 20, 2005