UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFFILIATED MANAGERS GROUP, INC. : | CIVIL ACTION NO. 05 CV 10641-MLW |
| Petitioner, : | |
| v. : | |
| FRANK M. NATALE : | |
| Respondent. : | April 28, 2005 |

### PETITIONER'S MOTION TO STRIKE JURY DEMAND

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, and the Federal Arbitration Act, 9 U.S.C. § 4 (the "FAA"), Petitioner, Affiliated Managers Group, Inc., by its attorneys, Jackson Lewis LLP, respectfully moves to strike Respondent's April 8, 2005 Jury Demand. Respondent has failed to meet his burden to demonstrate he is entitled to a jury trial merely by demanding "a jury on all claims so triable." Jury Demand, p. 1 (Doc # 9). Specifically, in order to claim a jury trial under Section 4 of the FAA, Respondent must make at least some showing that, under prevailing law, he would be relieved of his contractual obligation to arbitrate if his allegations proved to be true. Respondent must also produce at least some evidence to substantiate his factual allegations. See Dillard v. Merrill Lynch, Pierce, Fenner and Smith, 961 F.2d 1148 (5th Cir. 1992).

The undisputed documentary evidence demonstrates the existence of a valid arbitration agreement. Consequently, neither the making of the arbitration agreement or Respondent's refusal to perform the same are in issue, and a jury trial is not necessary for the summary and speedy disposition of Petitioner's complaint and petition to compel arbitration. See Moses H. Cone v. Memorial Hospital, 460 U.S. 1, 29 (1983) ("The Arbitration Act calls for

a summary and speedy disposition of motions or petitions to enforce arbitration clauses.") In support of this motion, Petitioner submits a supporting memorandum of law.

WHEREFORE, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure and the Federal Arbitration Act, 9 U.S.C. § 4, Petitioner, respectfully requests this Court to strike Respondent's Jury Demand and schedule the May 9, 2005 hearing as a court hearing on its Petition.

### CERTIFICATE OF CONFERENCE

On April 28, 2005, Samia Kirmani, an attorney of record for Petitioner, conferred with David H. Rich, Esq. of Todd & Weld LLP, in good faith but the parties were unable to resolve or narrow the issue of the relief sought in this Motion.

/s/ Samia M. Kirmani

Samia M. Kirmani


Respectfully submitted,

PETITIONER,
AFFILIATED MANAGERS GROUP, INC.


By: /s/ Joan Ackerstein

Joan Ackerstein BBO# 348220
Samia M. Kirmani BBO# 634699
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
Tel. (617) 367-0025
Fax (617) 367-2155
Email: ackersteinj@jacksonlewis.com
Email: kirmanis@jacksonlewis.com
ITS ATTORNEYS

2

PETITIONER,
AFFILIATED MANAGERS GROUP, INC.


By: /a/ A. Robert Fischer
_____
A. Robert Fischer
*Admitted Pro Hac Vice*
JACKSON LEWIS LLP
177 Broad Street, 8th Floor
Stamford, CT 06904-0251
Tel. (203) 961-0404
Fax (203) 324-4704
Email: fischera@jacksonlewis.com
ITS ATTORNEYS