IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFFILIATED MANAGERS GROUP, INC. : | CIVIL ACTION NO. 05 CV 10641MLW |
| Petitioner, : | |
| v. : | |
| FRANK M. NATALE : | |
| Respondent. : | |

## RESPONDENT'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS

Respondent Frank M. Natale ("Natale") respectfully seeks leave to file a very short reply brief in response to Affiliated Managers Group ("AMG")'s Opposition to Motion to Dismiss. AMG's opposition ignores the fact while that Natale's employer, Rorer Asset Management ("RAM") is a Delware Corporation, it's sole, exclusive and principal place of business is in Pennsylvania. The inclusion of this necessary party, irrespective Edward C. Rorer, Inc.'s status as a Pennsylvania corporation, destroys diversity.

Natale seeks leave to file a very short reply brief to provide the Court with information sufficient to prove, conclusively, that necessary and indispensable party Edward C. Rorer, Inc. is, at best, incorporated in two states, including Pennsylvania, and that RAM is a corporation with a principal place of business in Pennsylvania.

WHEREFORE, Natale respectfully requests leave to file the attached reply brief.

Respectfully submitted,

FRANK M. NATALE.

By his attorney,

/s/ J. Owen Todd
J. Owen Todd (BBO#499480)
David H. Rich (BBO#634275)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: May 5, 2005

## RULE 7.1 CERTIFICATE OF CONFERENCE OF COUNSEL

Pursuant to United States District Court Local Rule 7.1, I hereby certify that I attempted to confer with Counsel for Petitioner regarding Respondent's Motion for Leave To File Reply on May 5, 2005. Counsel did was unwilling to agree that a reply brief could be filed.

Signed under the penalties of perjury on this 5TH day of May, 2005.

__/s/ David H. Rich_____
David H. Rich, BBO #634275