IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFFILIATED MANAGERS GROUP, INC., : | CIVIL ACTION NO. 05 CV 10641MLW |
| Petitioner, : | |
| v. : | |
| FRANK M. NATALE : | |
| Respondent. : | |

## RESPONDENT'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS

Respondent Frank M. Natale ("Natale") respectfully submits this response to Affiliated Managers Group, Inc.'s ("AMG") Opposition to Natale's Motion to Dismiss. Natale limits his comments to two points.

1. There can be little doubt now that Natale's former employer, Rorer Asset Management, LLC ("RAM") and Edward C. Rorer & Co., Inc. ("Rorer"), both named parties to the Non-Solicitation/Non-Disclosure Agreement, are necessary and indispensable.

2. AMG argues that despite the fact that Rorer is currently listed by the Commonwealth of Pennsylvania's Secretary of State as a Pennsylvania corporation in good standing, it is not a Pennsylvania corporation. At the very least, Rorer is now incorporated in two states. As a result, there is no diversity jurisdiction and AMG cannot meet its burden of proving facts sufficient to support a finding of diversity of citizenship. See 28 U.S.C. § 1332(c) (a corporation "shall be deemed a citizen of any State by which it has been incorporated and of the State where it has its principal place of business ...") (emphasis supplied); deWalker v.

Pueblo International, Inc., 569 F.2d 1169, 1172 n. 4 (1st Cir. 1978) (burden on party asserting jurisdiction).

3. In addition, "[f]or the purpose of determining diversity jurisdiction, a corporation is a citizen of any state … where it has its principal place of business." Providence & Worchester Railroad Co. v. Chevron, USA, Inc., 1990 U.S. Dist. LEXIS 7481 (D. Mass. 1990) (Wolf, J.). AMG's opposition ignores the undisputed fact that necessary party RAM's sole and principal place of business is Conshohocken, Pennsylvania. Attached hereto as Exhibit A are printouts from both RAM and AMG's website confirming that RAM is "a Philadelphia based investment advisor," with its sole headquarters in Conshohocken, Pennsylvania. As "there must be complete diversity of citizenship" between the necessary parties, RAM's Pennsylvania existence too destroys diversity jurisdiction. Carden v. Arkoma Associates, 494 U.S. 185, 187 (1992).

4. By now it should be clear to the Court why this case was not brought in the name Natale's employer and the two named parties to the Non-Solicitation/Non-Disclosure Agreement, both of which apparently are owned and/or controlled by AMG. AMG has intentionally excluded them knowing that their inclusion would destroy diversity jurisdiction and compel the dismissal of this matter.

WHEREFORE, Frank M. Natale respectfully requests that this Court grant his Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(7).

Respectfully submitted,

FRANK M. NATALE.

By his attorney,

/s/ J. Owen Todd
J. Owen Todd (BBO#499480)
David H. Rich (BBO #634275)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA  02109
(617) 720-2626

Dated: May 5, 2005

3

# EXHIBIT A



# RORER
## ASSET MANAGEMENT, LLC

*a risk averse approach to investing with a demonstrated record of success*



ABOUT RORER
PRODUCTS
INSTITUTIONAL INVESTING
HIGH NET WORTH
INVESTMENT COMMENTARY



© 2005 RORER ASSET MANAGEMENT, LLC   DISCLAIMER . PRIVACY POLICY

**How do I invest with Rorer? Click Here.**

This Website provides general information about the services provided by Rorer Asset Management, LLC. Nothing on this Website should be considered as an offer to provide any Rorer service in any jurisdictions other than the U.S and Puerto Rico.


# RORER
## ASSET MANAGEMENT, LLC



| HOME | ABOUT RORER | PRODUCTS | INSTITUTIONAL INVESTING | HIGH NET WORTH | INVESTME |

# ABOUT

- Welcome
- History
- People
- Investing
- **Address/Directions**
- AMG/Managers Investment Group



## ADDRESS/DIRECTIONS

Eight Tower Bridge,
161 Washington Street, Suite 1500
Conshohocken, PA 19428
484.530.4300 - 484.530.3830 fax

**From Central Philadelphia:** Follow I-76 (Schuylkill Expressway) West to Exit 332 – Conshohocke in the right lane as you exit the ramp and approach the first traffic light (Front Street/Route 23) - ' directions below.

**From Philadelphia International Airport:** Follow I-95 South to I-476 North (Plymouth Meeting) North to Exit 16A (old exit 6A). Follow signs for Route 23 – Conshohocken. At the traffic light at the ramp, turn right onto Matsonford Road and proceed to the second traffic light (Front Street/Route directions below.

**From Allentown and points north:** Follow the Northeast Extension of the Pennsylvania Turnpike South to Exit 20 – Mid County Interchange (old exit 25). Follow signs to I-476 South. Continue on 16 – Valley Forge (old exit 6). As you exit, stay to the right and follow signs for Route 23 – Consho light at the end of the off ramp, turn right onto Matsonford Road and proceed to the second traffic Street/Route 23) – **see local directions below.

**From Harrisburg/Pittsburgh and points west:** Follow the Pennsylvania Turnpike (Rte. 276) Ea: Prussia) to I-76 East toward Philadelphia. Follow signs to Exit 331B – Plymouth Meeting (old exit 2: follow signs for Route 23 – Conshohocken. At the traffic light at the end of the off ramp, turn right Road and proceed to the second traffic light (Front Street/Route 23) - **see local directions below

**From Princeton, New Jersey:** Follow Route 206 South toward Trenton to I-95 South. When I- 9! right to Route 1 South. Follow Route 1 to Exit 28, I-276, Pennsylvania Turnpike, West. Follow the F 276) to Exit 25A (Mid-County Interchange) to I- 476 South (bear left as exit ramp splits). Continue Exit 16 – Valley Forge (old exit 6). As you exit, stay to the right and follow signs for Route 23 – Co traffic light at the end of the off ramp, turn right onto Matsonford Road and proceed to the second Street/Route 23) - **see local directions below.

**From New York and Northern New Jersey:** Follow the New Jersey Turnpike South to Exit 6, I-7 Pennsylvania Turnpike, West. Follow the PA Turnpike (Rte. 276) to Exit 25A (Mid-County Interchan (bear left as exit ramp splits). Continue on I-476 South to Exit 16 – Valley Forge (old exit 6). As yc right and follow signs for Route 23 – Conshohocken. At the traffic light at the end of the off ramp, Matsonford Road and proceed to the second traffic light (Front Street/Route 23) - **see local direc

**From Baltimore/Washington area and points south:** Follow I-95 North to I-476 North (Plymo Continue on I-476 North to Exit 16A (old exit 6A). Follow signs for Route 23 – Conshohocken. At th end of the off ramp, turn right onto Matsonford Road and proceed to the second traffic light (Front **see local directions below

**LOCAL DIRECTIONS**

From the traffic light at Front Street/Route 23, proceed straight through the light and cross the bri( and make the first right onto Elm Street. Make a right at the next corner (Harry Street), cross over then turn right onto Washington Street. Turn left into the first driveway and park in the designated front of the building or turn left into the garage and park in the designated VISITOR spaces on the TOWER BRIDGE – 16-story office building located at Washington and Harry Streets.

©2005 Rorer Asset Management, LLC

**AFFILIATED MANAGERS GROUP**

Home | Contact Us | Search | Site Map

## Rorer Asset Management, LLC

### Investment Discipline

**RORER**
ASSET MANAGEMENT, LLC

About AMG
**Products and Distr**
Overview
Distribution Channels
**Investor Informati**

A Philadelphia-based investment adviser, Rorer Asset Management, LLC ("Rorer") specializes in investments in domestic large- and mid-cap value equities and fixed income securities. Rorer employs a highly disciplined relative value investment process engineered by its founder, Edward C. Rorer, to reduce performance volatility while achieving excellent risk-adjusted returns across investment cycles.

### The Firm

Rorer's senior management team is led by Chairman and Chief Investment Officer Edward C. Rorer, who founded the Company in 1978. Clifford B. Storms, Jr., CFA, Executive Vice President and Director of Research, is responsible for the fundamental, technical and quantitative research.

Rorer's diverse client base consists of individuals, trusts, estates, corporations, pension and profit sharing plans, charitable institutions, and Taft-Hartley funds. The firm participates in various broker sponsored managed account programs.

### Contact Information

Eight Tower Bridge
161 Washington Street, Suite 1500
Conshohocken, PA 19428-2087
(484) 530-4300
www.rorerasset.com

Copyright © 2004 Affiliated Managers Group Inc  All Rights Reserved  Legal Information



# Affiliate Contact Information

- About AMG
- **Products and Distr**
  - Overview
  - Distribution Channels
- **Investor Informati**

| | |
|---|---|
| **AQR Capital Management, LLC**<br>Two Greenwich Plaza, 3rd Floor<br>Greenwich, CT 06830-6353<br>(203) 742-3600<br>www.aqrcapital.com | **Davis Hamilton Jackson & Associates, L.P.**<br>5 Houston Center<br>1401 McKinney, Suite 1600<br>Houston, TX 77010-4037<br>(713) 853-2322<br>www.dhja.com |
| **Essex Investment Management Company, LLC**<br>125 High Street, 29th Floor<br>Boston, MA 02110-2702<br>(617) 342-3200<br>www.essexinvest.com | **First Quadrant, L.P.**<br>800 East Colorado Boulevard<br>Suite 900<br>Pasadena, CA 91101-2141<br>(626) 795-8200<br>www.firstquadrant.com |
| **Friess Associates, LLC**<br>3711 Kennett Pike, Suite 100<br>Greenville, DE 19807-2156<br>(302) 656-3017<br>www.brandywinefunds.com | **Frontier Capital Management Company, LLC**<br>99 Summer Street, Suite 1900<br>Boston, MA 02110-1251<br>(617) 261-0777 |
| **Genesis Fund Managers LLP**<br>21 Knightsbridge<br>London SWIX 7LY<br>+44(0)207201720<br>www.giml.co.uk | **GeoCapital, LLC**<br>825 Third Avenue, 32nd Floor<br>New York, NY 10022-9504 |
| **Gofen and Glossberg, LLC**<br>455 Cityfront Plaza, Suite 3000<br>Chicago, IL 60611-5327<br>(312) 828-1100<br>www.gofen.com | **J.M. Hartwell L. P.**<br>515 Madison Avenue, Suite 3100<br>New York, NY 10022-5495<br>(212) 308-3355<br>www.jmhartwell.com |
| **Managers Investment Group LLC**<br>800 Connecticut Avenue<br>Norwalk, CT 06854<br>(203) 299-3500<br>www.managersinvest.com | **The Renaissance Group LLC**<br>The Baldwin Center, Suite 1200<br>625 Eden Park Drive<br>Cincinnati, OH 45202-6059<br>(513) 723-4500<br>www.reninv.com |
| **Rorer Asset Management, LLC**<br>Eight Tower Bridge<br>161 Washington Street, Suite 1500<br>Conshohocken, PA 19428-2087<br>(484) 530-4300<br>www.rorerasset.com | **Skyline Asset Management, L.P.**<br>311 South Wacker Drive<br>Suite 4500<br>Chicago, IL 60606-6655<br>(312) 913-0900<br>www.skylinelp.com |

| | |
|---|---|
| **Systematic Financial Management, L.P.**<br>300 Frank W. Burr Boulevard<br>Glenpointe East, 7th Floor<br>Teaneck, NJ 07666-6798<br>(201) 928-1982<br>www.sfmlp.com | **Third Avenue Management LLC**<br>622 Third Avenue, 32nd Floor<br>New York, NY 10017-6715<br>(800) 880-8442 (212) 888-5222<br>www.thirdavenuemanagement.com<br>also www.thirdave.com |
| **TimesSquare Capital Management, LLC**<br>Four Times Square, 25th Floor<br>New York, NY 10036-6518<br>(800) 541-5156<br>www.timessquarecapital.com | **Tweedy, Browne Company LLC**<br>350 Park Avenue, 9th Floor<br>New York, NY 10022-6033<br>(800) 432-4789<br>www.tweedy.com |
| **Welch & Forbes LLC**<br>45 School Street<br>Boston, MA 02108-3207<br>(617) 523-1635<br>www.welchforbes.com | |

Copyright © 2004 Affiliated Managers Group Inc  All Rights Reserved  Legal Information



Home | Contact Us | Search | Site Map

# AMG News

Affiliated Managers Group, Inc. (ticker: AMG, exchange: New York Stock Exchange)
News Release - 21-April-2003

## Rorer Asset Management Creates Back-Office Platform for Managed Account Providers

Contact:  Bruce Aronow
Rorer Asset Management, LLC
(215) 568-2126

Nate Dalton
Affiliated Managers Group, Inc.
(617) 747-3300

About AMG
Products and Distr
Investor Informati
  Investor Overview
  AMG News
  Financial Highlights
  Investor Presentation
  AMG Management
  Board of Directors
  Corporate Governance
  Shareholder Informa
  Stock Information
  Analysts
  Public Filings

**Philadelphia, PA, April 21, 2003** — Rorer Asset Management, LLC ("Rorer") today announced that it has created Advantage Outsourcing Solutions ("Advantage Outsourcing"), a back-office outsourcing company that will offer a customized automated solution for the separately managed accounts industry. Advantage Outsourcing is wholly owned by Rorer, a Philadelphia-based investment management firm. Rorer is an Affiliate of Affiliated Managers Group, Inc. (NYSE: AMG), a publicly traded asset management holding company.

Advantage Outsourcing will provide enhanced account administration and other back office services to Rorer and other investment firms in the separately managed accounts industry. "Leveraging more than 10 years of experience in the separately managed accounts space, we were able to develop an automated back office workflow solution that will enable investment managers to upgrade their operational systems and to more efficiently manage their businesses. We are proud to offer this cutting edge back office administration platform not only to our own clients, but to other investment management firms as well," said Bruce Aronow, Executive Vice President, Chief Operating and Financial Officer at Rorer. Rorer, which has a strong presence in the separately managed account space, has been taking advantage of this workflow solution in its own operations for almost three years.

Nate Dalton, an Executive Vice President and head of Affiliate Development for AMG, stated, "Advantage Outsourcing offers separately managed account advisers a much-needed solution to the costs and administrative challenges of scaling the business. We are pleased to assist Rorer in utilizing its technological capabilities to create this new business venture."

Rorer's customized account management system is powered by Hyland Software's OnBase ®, integrated document management software that offers a full spectrum of document management capabilities in a single, web-enabled application. OnBase is widely used by commercial organizations and government agencies to streamline

operations, reduce costs and share information with employees, partners and customers.

AMG is an asset management company with equity investments in a diverse group of mid-sized investment management firms. AMG's strategy is to generate growth through the internal growth of its existing Affiliates, as well as through investments in new Affiliates. AMG's innovative transaction structure allows individual members of each Affiliate's management team to retain or receive significant direct equity ownership in their firm while maintaining operating autonomy. In addition, AMG provides centralized assistance to its Affiliates in strategic matters, marketing, distribution, product development and operations.

---

*Certain matters discussed in this press release may constitute forward-looking statements within the meaning of the federal securities laws. Actual results and the timing of certain events could differ materially from those projected in or contemplated by the forward-looking statements due to a number of factors, including changes in the securities or financial markets or in general economic conditions, the availability of equity and debt financing, competition for acquisitions of interests in investment management firms, the investment performance of our Affiliates and their ability to effectively market their investment strategies, and other risks detailed from time to time in AMG's filings with the Securities and Exchange Commission. Reference is hereby made to the "Cautionary Statements" set forth in the Company's Form 10-K for the year ended December 31, 2002.*

# # #

For more information on Affiliated Managers Group, Inc.,
please visit AMG's Web site at www.amg.com.

Copyright © 2004 Affiliated Managers Group Inc  All Rights Reserved  Legal Information