UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**AFFILIATED MANAGER'S GROUP, INC.**         CIVIL CASE
                                             NO. **05-10641-MLW**

         V.

**FRANK NATALE**
         Defendant(s)

                **NOTICE OF RESCHEDULING/CANCELLATION**
**WOLF, D.J.**

The **MOTION HEARING/TRIAL** originally scheduled for **MAY 9, 2005** at **10:00 A.M.** before Judge **Wolf**, has been CANCELLED.

                                             SARA A. THORNTON
                                             CLERK OF COURT

**May 6, 2005**                              By:  /s/ Dennis O'Leary
Date                                              Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                              [ntchrgcnf.]