# jackson | lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | SACRAMENTO, CA |
| 177 Broad Street | BOSTON, MA | MIAMI, FL | SAN FRANCISCO, CA |
| P.O. Box 251 | CHICAGO, IL | MINNEAPOLIS, MN | SEATTLE, WA |
| Stamford, CT 06904-0251 | DALLAS, TX | MORRISTOWN, NJ | STAMFORD, CT |
| Tel 203 961-0404 | GREENVILLE, SC | NEW YORK, NY | WASHINGTON, DC REGION |
| Fax 203 324-4704 | HARTFORD, CT | ORLANDO, FL | WHITE PLAINS, NY |
| www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | |

May 9, 2005

**VIA FACSIMILE (617) 748-9096 AND U.S. MAIL**
Dennis O'Leary
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way – Suite 2300
Boston, MA 02210

Re: Affiliated Managers Group, Inc. v. Natale
Civil Action No. 05 CV 10641 - MLW

Dear Mr. O'Leary:

This letter will confirm the parties' discussions regarding the rescheduling of the Hearing/Trial originally scheduled for May 9, 2005 as canceled by this Court's order dated May 6, 2005 (Doc. # 27.)

The undersigned counsel for Petitioner is available to reschedule the Hearing/Trial on May 16, 17, 24 or 26, 2005. I am unable to reschedule the Hearing/Trial on May 19, 23, 25 and 27, 2005, as I am lead counsel on a significant and long-scheduled arbitration before the National Association of Securities Dealers ("NASD") on those dates.

Respondent's counsel, David H. Rich, Esq., reported Respondent is available any day the week of May 23, 2005. Attorney Rich reported Respondent is unavailable during the week of May 16, 2005, due to J. Owen Todd acting as a mediator in a multi-party complex case in Boston on May 16, 2005.

As such, it appears the only mutually agreeable dates in May 2005 are May 24 or 26, 2005. We appreciate the Court's consideration in rescheduling this matter as soon as possible. Please telephone me with any questions.

Sincerely,

JACKSON LEWIS LLP

A. Robert Fischer

ARF/krb

cc: David H. Rich, Esq. (via facsimile only 617-227-5777)