UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**AFFILIATED MANAGER'S GROUP, INC.**
                                                    CIVIL ACTION
                                                    NO. 05-10641-MLW

        v

**FRANK NATALE**

NOTICE

**WOLF, D.J.**

   PLEASE TAKE NOTICE that the above-entitled case has been set for a **MOTION HEARING/TRIAL** on **MAY 26, 2005** at **10:30** A.M. before Judge **WOLF** in Courtroom # **10** on the **5th** floor.

                                    SARAH THORNTON, CLERK

May 16, 2005                        By:   /s/ Dennis O'Leary
Date                                      Deputy Clerk

**Notice mailed to:**
(notice.frm - 10/96)                                          [ntchrgcnf.]