UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-10641

| PLAINTIFF | DEFENDANT |
|---|---|
| Affiliated Managers Group | Frank Natale |

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|
| Robert Fischer | Owen Todd |
| Simia Kirmani | David Rich |
| Loius Collins | Thomas Reed |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 5/26/05 | Court listens to oral arguments on defendant, Natale's, motion to dismiss for failure to name an indispensable party (docket no. 16). Court takes a brief recess after oral arguments. Court allows the motion to dismiss. Court dismisses the plaintiff's petition to compel arbitration. Order to issue. |