```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

AFFILIATED MANAGERS GROUP, INC.,   )
    Petitioner,                    )
                                   )
    v.                             )    C.A. No. 05-10641-MLW
                                   )
FRANK M. NATALE,                   )
    Respondent                     )

<u>ORDER</u>

WOLF, D.J.                                              May 26, 2005

For the reasons described in detail in court on May 26, 2005, it is hereby ORDERED that Frank M. Natale's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(7) (Docket No. 16) is ALLOWED.

                                               <u>/s/ Mark L. Wolf</u>
                                     UNITED STATES DISTRICT JUDGE