UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**AFFILIATED MANAGERS GROUP, INC.,**
       Plaintiff

    V.

**FRANK M. NATALE**
       Defendant

CIVIL ACTION

NO.  05-10641-MLW

## JUDGMENT

**WOLF, D. J.**

In accordance with the Court's Order dated May 26, 2005, this action is DISMISSED.

                                          By the Court,

**May 26, 2005**                               **/s/ Dennis O'Leary**
       Date                                       **Deputy Clerk**

(judge-dis.wpd - 12/98)                                                                        [jgm.]