UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFFILIATED MANAGERS GROUP, INC. | CIVIL ACTION NO. 05 CV 10641-MLW |
| Petitioner, | |
| v. | |
| FRANK M. NATALE | |
| Respondent. | May 31, 2005 |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a)(1), notice is hereby given that Petitioner, Affiliated Managers Group, Inc., in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 26th day of May 2005 and the Court's order granting Respondent, Frank M. Natale's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(7) on the 26th day of May, 2005.

Respectfully submitted,

PETITIONER,
AFFILIATED MANAGERS GROUP, INC.

By: /s/ Joan Ackerstein
Joan Ackerstein BBO# 348220,
Court of Appeals No. 33113
Samia M. Kirmani BBO# 634699
*Applying for Admission to Court of Appeals*
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
Tel. (617) 367-0025
Fax (617) 367-2155
Email: ackersteinj@jacksonlewis.com
Email: kirmanis@jacksonlewis.com

- and -

A. Robert Fischer
*Admitted to U.S.D.C. Pro Hac Vice*
*Applying for Admission to Court of Appeals*
JACKSON LEWIS LLP
177 Broad Street, 8th Floor
Stamford, CT 06904-0251
Tel. (203) 961-0404
Fax (203) 324-4704
Email: fischera@jacksonlewis.com
ITS ATTORNEYS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of May 2005, a true and complete copy of the above document was served via hand delivery upon counsel for the Respondent, Frank Natale:

J. Owen Todd
Todd & Weld
28 State Street
Boston, MA 02109

/s/ Joan Ackerstein
Joan Ackerstein

2