## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __Affiliated Managers Group, Inc. v. Frank M. Natale__
District Court Case No. __05 CV 10641-MLW__   District of __Massachusetts__
Date Notice of Appeal filed __05/31/05__   Court of Appeals Case No. __pending__
Form filed on behalf of __Affiliated Managers Group, Inc.__

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

### TRANSCRIPT ORDER

Name of Court Reporter __Judith Twomey__
Phone Number of Reporter __(617) 946-2577__

A. __X__  This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☒ Pretrial proceedings (specify) | 05/26/05 Oral Argument on Motion To Dismiss (Doc. # 16) |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. __X__  I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Joan Ackerstein__   Filer's Signature __/s/ Joan Ackerstein__
Firm/Address __Jackson Lewis LLP, 75 Park Plaza, 4th Floor, Boston MA 02116__
Telephone number __(617) 367-0025__   Date mailed to court reporter __06/09/05__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)                                SEE INSTRUCTIONS ON REVERSE

## CERTIFICATE OF SERVICE

I hereby certify on this 9th day of June 2005, a true and complete copy of the above Transcript Order was served via first class U.S. Mail upon counsel for Respondent, Frank Natale:

>J. Owen Todd, Esq.
>Todd & Weld
>28 State Street
>Boston, MA 02109

/s/ Joan Ackerstein
Joan Ackerstein