# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10641

Affiliated Managers Group, Inc.,

v.

Frank M. Natale

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original electronic copies and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/31/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 23, 2005.

Sarah A. Thornton, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/24/05 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10641-MLW

Affiliated Managers Group, Inc. v. Natale
Assigned to: Judge Mark L. Wolf
Cause: 09:1 U.S. Arbitration Act

Date Filed: 04/01/2005
Jury Demand: Defendant
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Petitioner**

**Affiliated Managers Group, Inc.** represented by **A. Robert Fischer**
Jackson Lewis LLP
177 Broad Street, 8th Floor
Stamford, CT 06904-0251
203-961-0404
Fax: 203-324-4704
Email: fischera@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joan I. Ackerstein**
Jackson Lewis LLP
75 Park Plaza
4th Floor
Boston, MA 02327
617-367-0025
Fax: 617-367-2155
Email: ackerstj@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*

*NOTICED*

**Samia M. Kirmani**
Jackson Lewis LLP
75 Park Plaza
4th Floor
Boston, MA 02327
617-367-0025
Fax: 617-367-2155
Email: kirmanis@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

V.
**Respondent**
**Frank M. Natale**         represented by **Owen J. Todd**
Todd & Weld LLP
28 State Street
Boston, MA 02109
617-720-2626
Fax: 617-227-5777
Email: jotodd@toddweld.com

*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**David H. Rich**
Todd & Weld
28 State Street
31st Floor
Boston, MA 02109
617-720-2626
Fax: 617-227-5777

Email: drich@toddweld.com
*ATTORNEY TO BE
NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2005 | 1 | COMPLAINT against Frank M. Natale Filing fee: $ 250, receipt number 63176, filed by Affiliated Managers Group, Inc. (Attachments: # 1 Civil Cover Sheet)(Boyce, Kathy) (Entered: 04/05/2005) |
| 04/01/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Boyce, Kathy) (Entered: 04/05/2005) |
| 04/01/2005 |  | Summons Issued as to Frank M. Natale. (Boyce, Kathy) (Entered: 04/05/2005) |
| 04/01/2005 | 2 | MEMORANDUM OF LAW by Affiliated Managers Group, Inc. in Support of 1 Complaint, FILED, c/s. (Boyce, Kathy) (Entered: 04/05/2005) |
| 04/01/2005 | 3 | CORPORATE DISCLOSURE STATEMENT by Affiliated Managers Group, Inc., FILED, c/s. (Boyce, Kathy) (Entered: 04/05/2005) |
| 04/05/2005 | 4 | WAIVER OF SERVICE Returned Executed Frank M. Natale waiver sent on 4/1/2005, answer due 5/31/2005, FILED. (Boyce, Kathy) (Entered: 04/06/2005) |
| 04/08/2005 | 5 | MOTION for Leave to Appear Pro Hac Vice by A. Robert Fischer by Affiliated Managers Group, Inc.. (Attachments: # 1 Affidavit Certification of A. Robert Fischer In Support Of Motion For Admission Pro Hac Vice)(Ackerstein, Joan) (Entered: 04/08/2005) |
| 04/08/2005 | 6 | MOTION to Expedite *Hearing* by Affiliated Managers Group, Inc..(Ackerstein, Joan) (Entered: 04/08/2005) |

| | | |
|---|---|---|
| 04/08/2005 | 7 | MEMORANDUM in Support re 6 MOTION to Expedite *Hearing* filed by Affiliated Managers Group, Inc.. (Attachments: # 1 Exhibit 1 - Memo In Support Expedited Hearing# 2 Exhibit Ex. 2 - Memo In Support Expedited Hearing)(Ackerstein, Joan) (Entered: 04/08/2005) |
| 04/08/2005 | 8 | NOTICE of Appearance by Owen J. Todd on behalf of Frank M. Natale (Todd, Owen) (Entered: 04/08/2005) |
| 04/08/2005 | 9 | DEMAND for Trial by Jury by Frank M. Natale. (Todd, Owen) (Entered: 04/08/2005) |
| 04/08/2005 | 10 | Opposition re 6 MOTION to Expedite *Hearing* filed by Frank M. Natale. (Todd, Owen) (Entered: 04/08/2005) |
| 04/08/2005 | 12 | MEMORANDUM in Support of 6 MOTION to Expedite Hearing filed by Affiliated Managers Group, Inc. FILED, c/s. (Boyce, Kathy) Modified on 4/14/2005 - this entry is a duplicate of Doc. #7 (Boyce, Kathy). (Entered: 04/14/2005) |
| 04/12/2005 | 11 | MOTION for Leave to File *Reply Memorandum In Support Of Its Motion For An Expedited Hearing* by Affiliated Managers Group, Inc.. (Attachments: # 1 Exhibit Ex A - Reply Memorandum)(Ackerstein, Joan) (Entered: 04/12/2005) |
| 04/18/2005 | | Judge Mark L. Wolf : Electronic ORDER entered granting 5 Motion for Leave to Appear Pro Hac Vice Added A. Robert Fischer for Affiliated Managers Group, Inc. (O'Leary, Dennis) (Entered: 04/18/2005) |
| 04/20/2005 | 13 | NOTICE of Appearance by David H. Rich on behalf of Frank M. Natale (Rich, David) (Entered: 04/20/2005) |
| 04/20/2005 | 14 | MOTION for Leave to File *Sur Reply Brief In Opposition To Motion For Expedited Hearing* by Frank M. Natale.(Rich, David) (Entered: 04/20/2005) |

| | | |
|---|---|---|
| 04/20/2005 | 15 | SUR-REPLY to Motion re 14 MOTION for Leave to File *Sur Reply Brief In Opposition To Motion For Expedited Hearing* filed by Frank M. Natale. (Attachments: # 1 Exhibit A)(Rich, David) (Entered: 04/20/2005) |
| 04/20/2005 | 16 | MOTION to Dismiss *Pursuant to Federal Rule of Civil Procedure 12(B)(7)* by Frank M. Natale.(Rich, David) (Entered: 04/20/2005) |
| 04/20/2005 | 17 | MEMORANDUM in Support re 16 MOTION to Dismiss *Pursuant to Federal Rule of Civil Procedure 12(B)(7)* filed by Frank M. Natale. (Rich, David) (Entered: 04/20/2005) |
| 04/20/2005 | 18 | Objection to 2 Memorandum of Law *Filed By Respondent In Support of Its Petition To Compel Arbitration*. (Rich, David) (Entered: 04/20/2005) |
| 04/21/2005 | 19 | Judge Mark L. Wolf : ORDER entered. 1. As ?4 provides that a petition to compel arbitration maybe resolved by a trial, Natale shall, by April 29, 2005, notify thecourt whether he proposes to call any witnesses and, if he requestsa jury trial, file a memorandum addressing why he is entitled toone. 2. AMG shall, by May 4, 2005, reply to Natale's submissionsand state whether it proposes to call any witnesses if a trial isconducted. 3. A hearing to address Natale's Motion to Dismiss and AMG'sPetition to Compel Arbitration, as well as, if justified, a trialto address AMG's Petition to Compel Arbitration, shall be held onMay 9, 2005, at 10:00 a.m.(O'Leary, Dennis) (Entered: 04/22/2005) |
| 04/28/2005 | 20 | MOTION to Strike *Jury Demand* by Affiliated Managers Group, Inc..(Ackerstein, Joan) (Entered: 04/28/2005) |
| 04/28/2005 | 21 | MEMORANDUM in Support re 20 MOTION to Strike *Jury Demand* filed by Affiliated Managers |

| | | |
|---|---|---|
| | | Group, Inc.. (Attachments: # 1 Exhibit A - Memo in support of Strike Motion# 2 Exhibit B - Memo In Support of Strike Motion# 3 Exhibit C - Memo In Support of Strike Motion)(Ackerstein, Joan) (Entered: 04/28/2005) |
| 04/29/2005 | 22 | Response by Frank M. Natale *To April 22, 2005 Court Order Regarding May 9, 2005 Hearing.* (Rich, David) (Entered: 04/29/2005) |
| 05/04/2005 | 23 | MEMORANDUM in Opposition re 16 MOTION to Dismiss *Pursuant to Federal Rule of Civil Procedure 12(B)(7)* filed by Affiliated Managers Group, Inc.. (Attachments: # 1 Exhibit A - to Memo - Declaration of Kershaw# 2 Exhibit B to Memo# 3 Exhibit C to Memo)(Ackerstein, Joan) (Entered: 05/04/2005) |
| 05/04/2005 | 24 | Response by Affiliated Managers Group, Inc. *To Court Order Regarding May 9, 2005 Hearing and respondent's Proposed Witnesses.* (Ackerstein, Joan) (Entered: 05/04/2005) |
| 05/05/2005 | 25 | MOTION for Leave to File *Reply Brief In Further Support of Motion to Dismiss* by Frank M. Natale. (Rich, David) (Entered: 05/05/2005) |
| 05/05/2005 | 26 | REPLY to Response to Motion re 16 MOTION to Dismiss *Pursuant to Federal Rule of Civil Procedure 12(B)(7)* filed by Frank M. Natale. (Rich, David) (Entered: 05/05/2005) |
| 05/06/2005 | 27 | Notice Resetting or Cancelling Hearing. Hearing rescheduled or cancelled: Motion Hearing/Trial (O'Leary, Dennis) (Entered: 05/06/2005) |
| 05/09/2005 | 28 | Letter to Mr. O'Leary from A. Robert Fischer confirming the parties' discussions re the recheduling of the Hearing/Trial originally scheduled for May 9, 2005 as cancelled by the Court Order dated May 6, 2005, (Doc.#27), FILED. (Boyce, Kathy) (Entered: 05/10/2005) |

| | | |
|---|---|---|
| 05/16/2005 | 29 | NOTICE of Hearing on Motion/Trial 6 MOTION to Expedite *Hearing*, 20 MOTION to Strike *Jury Demand*, 16 MOTION to Dismiss *Pursuant to Federal Rule of Civil Procedure 12(B)(7)*: Motion Hearing set for 5/26/2005 10:30 AM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 05/16/2005) |
| 05/18/2005 | 30 | Assented to MOTION for Leave to File *Sur-Reply Brief* by Affiliated Managers Group, Inc.. (Attachments: # 1 Exhibit A - Surreply Brief) (Ackerstein, Joan) (Entered: 05/18/2005) |
| 05/26/2005 | 31 | Clerk's Notes for proceedings held before Judge Mark L. Wolf : Motion hearing held on 5/26/2005 re 16 MOTION to Dismiss *Pursuant to Federal Rule of civil Procedure 12(B)(7) filed by Frank M. Natale. (Court Reporter Twomey.)* (O'Leary, Dennis) (Entered: 05/26/2005) |
| 05/26/2005 | 32 | Judge Mark L. Wolf : ORDER entered granting 16 Motion to Dismiss (O'Leary, Dennis) (Entered: 05/26/2005) |
| 05/26/2005 | 33 | Judge Mark L. Wolf : ORDER entered. JUDGMENT of DISMISSAL(O'Leary, Dennis) (Entered: 05/26/2005) |
| 05/31/2005 | 34 | NOTICE OF APPEAL as to 33 Judgment by Affiliated Managers Group, Inc.. $ 255, receipt number 64594 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/20/2005. (Boyce, Kathy) (Entered: 06/02/2005) |
| 06/09/2005 | 35 | TRANSCRIPT ORDER FORM *for Appeal (copy sent to Court Reporter)* by Affiliated Managers Group, |

| | | Inc.. (Ackerstein, Joan) (Entered: 06/09/2005) |