# MANDATE

05-10641
USDC/MA
Wolf, M.

# United States Court of Appeals
## For the First Circuit

No. 05-1966

AFFILIATED MANAGERS GROUP, INC.

Plaintiff - Appellant

v.

FRANK M. NATALE

Defendant - Appellee

**JUDGMENT**
**Entered: March 10, 2006**

Upon consideration of stipulation,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_George Kreton_
Deputy Clerk
Date: 3/10/06

By the Court:
Richard Cushing Donovan, Clerk

LYNNE ALIX MORRISON
By: _____
Appeals Attorney

[cc: A. Robert Fischer, Esq., Joan I. Ackerstein, Esq., Samia M. Kirmani, Esq., J. Owen Todd, Esq., David H. Rich, Esq.]